UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PETE JESSIE SALAZAR,

    Plaintiff,

v.                                              Case No. 21-cv-566-pp

DEPUTY C. LAUX, *et al.*,

    Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

On July 15, 2021, the court ordered that if he wished to proceed in this lawsuit, plaintiff Pete Jessie Salazar must provide the court with an updated address, a magistrate judge consent form and a certified copy of his Prisoner Trust Account Statement for the preceding six months. Dkt. No. 7. The court noted that the plaintiff had listed his address as the Brown County Detention Center/Brown County Jail in Green Bay, Wisconsin, but letters the clerk's office had sent to the plaintiff at that address were returned to the court with a note reading "Inmate Not Here." Id. at 1–2. The court was unable to locate the plaintiff at the Brown County Jail or in any DOC facility. Id. at 2. The court ordered the plaintiff to update his address and file the missing documents by the end of the day on August 6, 2021. Id. at 3. The court advised the plaintiff that if he failed to respond to the order and provide his current address and the documents, or if the previous order was returned to the court as undeliverable, the court would dismiss the case without prejudice for failure to prosecute. Id.

On July 26, 2021, the July 15, 2021 order was returned to the court as undeliverable with a note reading, "Return to Sender, Inmate Not Here." Dkt. No. 8. The August 6, 2021 deadline also has passed, and the plaintiff has not responded to the court's order, provided an updated address or filed a magistrate judge consent form and a certified copy of his Prisoner Trust Account Statement.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** under Civil Local Rule 41(c) (E.D. Wis.) because the plaintiff has failed to prosecute it. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 31st day of August, 2021.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**